# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1298

_____

Patt McGuire

*Plaintiff - Appellant*

v.

St. Louis County Missouri; Cliff Faddis, St. Louis County Circuit Court Director
of Human Resources

*Defendants - Appellees*

Honorable Thea A. Sherry; Sue Daniels, St. Louis County Acting Director of
Human Resources

*Defendant*s

Cheryl Campbell; Marshall Day; Ben Burkemper

*Defendants - Appellees*

Lacy Rakestraw

*Defendant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: October 3, 2019
Filed: October 7, 2019
[Unpublished]

_____

Before GRUENDER, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

Patt McGuire appeals following the district court's[1] dismissal of her employment discrimination action as a sanction for failing to comply with a discovery order. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B. We also grant appellees' motion to substitute counsel, deny as moot appellees' motion to strike McGuire's reply brief, and deny McGuire's pending motions.

_____

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.